Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 15-30646
)
)
Omar Jamil, )  Chapter: 13
)  Honorable A. Benjamin Goldgar
)
Debtor(s) )

## ORDER GRANTING MOTION TO MODIFY PLAN

This matter coming to be heard on the debtor's motion to modify plan, due notice having been given and the court being fully advised in the premises, for the reasons stated on the record IT IS HEREBY ORDERED:

The motion is granted. The plan is modified to provide that the debtor will pay directly the claims of National Education Servicing (Claim No. 3), Granite State Management (Claim No. 4), and Navient Solutions Claims Nos. 7 and 8).

Enter:

Dated: MAY 3 0 2019

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge