

4 Barrell Court
PO Box 3420
Concord, NH 03302-3420

In Re: Jamil, Omar        :   Case No. 15-30646
_____         :   Chapter: 13
     Debtor(s)            :   Judge A Benjamin Goldgar

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

__U.S. Department of Education__, hereby gives notice that all presently held or future payments and/or correspondence to the Creditor for **Court Claim Number(s)** __4__ should be sent to the following address(es):

### NEW ADDRESS:

**NOTICE**

**PAYMENT**
U.S. Department of Education
P.O. Box 4414
Portland, OR  97208

Prepared by:
Melissa Moore
(Name)
Student Loan Analyst III
(Title)
Granite State Management & Resources
(Address)
P.O. Box 3420
Concord, NH 03302

*[signature]*

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 28 2020

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3